**IT IS ORDERED as set forth below:**



**Date: September 20, 2022**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO. 20-61926 |
| ) | |
| FRANCELLO CHREASE PHILLIPS-CALHOUN, ) | CHAPTER 7 |
| ) | |
| Debtor ) | JUDGE BAISIER |

**ORDER AUTHORIZING EMPLOYMENT OF
REAL ESTATE AGENT SUBJECT TO OBJECTION (COMMISSION)**

On September 15, 2022, Counsel for the Chapter 7 Trustee (the "Trustee") filed *Trustee's Application to Employ Real Estate Agent* (the "Application") seeking to employ Tony Money ("Money") of RE/MAX Around Atlanta ("RAA") [Docket No. 88] to represent the Trustee in matters relating to the administration of the estate. Trustee seeks to employ Money and RAA to sell real property known as 42 Arpege Way, Atlanta, Fulton County, Georgia 30327 (the "Property"). RAA will be paid a real estate sales commission. No notice or hearing on the Application is necessary. Based upon the declaration included in the Application, it appears that RAA is a firm employing licensed real estate agents with expertise in the matter in which they are engaged and that this case justifies employment of a professional for the purpose specified.

1

Subject to objection filed by the United States Trustee or any other party in interest in this case within twenty-one (21) days from the date of entry of this order, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Pursuant to 11 U.S.C. § 327(a) and FED. R. BANKR. P. 2014, the Application is approved. Trustee is authorized to employ Tony Money of RE/MAX Around Atlanta as realtor for the Trustee during the Debtor's Chapter 7 case.

2. No compensation shall be paid to RAA until the Court has allowed such compensation in accordance with 11 U.S.C. §§ 330 and 331 and FED. R. BANKR P. 2016, after notice and a hearing on an appropriate application for compensation (or Motion to Sell), copies of which shall be served on the Trustee and the United States Trustee.[1] RAA expects to be paid a real estate commission in connection with the sale of the Property.

3. Any objection to this Order shall be served on the United States Trustee, Money, the Trustee, and Counsel for Debtor. If an objection is timely filed, counsel for the Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's Open Calendar Procedures and shall provide notice of such hearing to the United States Trustee, Money, RAA, and the objecting party.

The United States Trustee will receive a copy of this Order via the CM/ECF system. Counsel for the Trustee is directed to provide a copy of this Order via United States Mail to

---

[1] See the United States Trustee Guidelines for Reviewing Applications for Compensation.

Money and RAA at the following address: 11180 Amber Park Drive, Suite 240, Alpharetta, GA 30009.

[END OF DOCUMENT]

Prepared by:

*/s/ W. Russell Patterson, Jr.*
W. Russell Patterson, Jr.
Georgia Bar No. 566920
Counsel for Trustee

Ragsdale, Beals, Seigler, Patterson & Gray LLP
229 Peachtree Street, NE, Suite 2400
Atlanta, GA 30303-1629
(404) 588-0500
wrpjr@rbspg.com